IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES TALCOTT CONSTRUCTION, et al.,<br><br>Defendants. | CV-19-50-GF-BMM<br><br>**AMENDED ORDER** |

A telephonic status call was held on September 27, 2019. After discussion and agreement by the parties, **IT IS HEREBY ORDERED** that this case is referred to United States Magistrate Judge John Johnston pursuant to L.R. 72.2(b), for the purpose of conducting a settlement conference. **The asset freeze currently in effect shall remain in effect absent an order from this Court**.

**IT IS ALSO ORDERED** that Judge Johnston will conduct a telephonic scheduling call on **Monday, September 30, 2019 at 1:00 p.m.** The call-in

number is the same number the parties used on September 27, 2019.

DATED this 30th day of September, 2019.

_____
Brian Morris
United States District Court Judge