Patrick Q. Hustead, Esq., Atty Reg. No. 4420
Connor L. Cantrell, Esq., Atty Reg. No. 54557999
The Hustead Law Firm, *A Professional Corporation*
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
ph. (303) 721-5000
pqh@thlf.com / clc@thlf.com
*Attorneys for Plaintiff Liberty Mutual Ins. Co.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **LIBERTY MUTUAL INSURANCE COMPANY,** | Case No. 4:19-CV-00050-BMM |
| Plaintiff, | |
| v. | |
| **TALCOTT CONSTRUCTION, INC.; TALCOTT HOLDINGS, INC.; TALCOTT HOLDINGS, LLC; AARON L. PERRY; AUTUMN N. PERRY,** | NOTICE OF SETTLEMENT |
| Defendants. | |

Plaintiff, Liberty Mutual Insurance Company ("Plaintiff," "Liberty," or "Surety"), through its undersigned counsel, The Hustead Law Firm, *A Professional Corporation*, hereby advises the Court that Plaintiff and Autumn N. Perry have agreed to a settlement in principle of all claims by and against her. The parties will

work diligently to consummate the settlement and submit a Stipulation for Dismissal within thirty (30) days.

Plaintiff anticipates filing a motion to resolve the claims against the remaining Defendants this week.

Respectfully submitted this 22nd day of July, 2020.

>THE HUSTEAD LAW FIRM
>*A Professional Corporation*
>
>*Original Signature on File*
>*at The Hustead Law Firm,*
>*A Professional Corporation*
>
>*s/Connor L. Cantrell*
>Patrick Q. Hustead, Esq.
>Connor L. Cantrell, Esq.
>*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2020, the foregoing document was served upon the following counsel of record, by the means designated below:

| | |
|---|---|
| <u>  1,3  </u> | CM/ECF |
| <u>         </u> | Hand Delivered |
| <u>  2    </u> | Mail |
| <u>         </u> | Overnight Delivery Service |
| <u>         </u> | Fax |
| <u>         </u> | E-mail |

1. Clerk of U.S. District Court

2. *Aaron Perry, Talcott Construction, Inc., Talcott Holdings, LLC, and Talcott Holdings, Inc.*
   2337 Northern Lights Drive
   Great Falls, MT 59403

3. Gary M. Zadick, Esq.
   Ugrin Alexander Zadick, P.C.
   #2 Railroad Square, Suite B
   P.O. Box 1746
   Great Falls, MT 59403-1746
   *Counsel for Autumn N. Perry*

 

*Original Signature on File*
*at The Hustead Law Firm,*
*A Professional Corporation*

*s/Connor L. Cantrell*
Connor L. Cantrell